# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NICOLE DEDICK,

    Plaintiff,

v.                                         Case No. 3:18-cv-1153-RV/MJF

CITY OF PENSACOLA,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 25, 2019 (ECF No. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2) The Motion to Dismiss of CITY OF PENSACOLA, ECF No. 8, is DENIED without prejudice to Defendant later moving to dismiss an Amended Complaint;

(3) The Clerk is directed to send Plaintiff another blank civil rights complaint form;

(4) In order to proceed with this case, Plaintiff must file an amended complaint within 21 days of this order adopting the Report and Recommendation;

(5) The amended complaint must indicate clearly whether or not Plaintiff is bringing a Title VII claim.  If so, it must set out factual allegations stating a claim for violation of Title VII.  Additionally, if Plaintiff intends to seek punitive damages, she must articulate the factual and legal basis for them under the ADA; and

(6) Failure to comply with this order may result in this case being dismissed.

**DONE AND ORDERED** this 25th day of February, 2019.

        s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**