# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NICOLE DEDICK,

    Plaintiff,

v.                                    Case No. 3:18-cv-1153-RV/MJF

CITY OF PENSACOLA,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 6, 2020 (ECF No. 36). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED** without prejudice for failure to comply with court orders and for failure to prosecute.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 5th day of March, 2020.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**
